UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGYUAN LI,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | No. 2:24-cv-07495-SRM-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [9] [14]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed.

The Court notes a typographical error in the Magistrate Judge's Report and Recommendation. The Order referenced on pages 3-4 of the Report and Recommendation was issued February 24, 2025, not February 27, 2025. The Court adopts the Magistrate Judge's factual recitations with that minor modification. As that error is immaterial to the Report and Recommendation's legal analysis, the Court accepts the recommendations of the Magistrate Judge.

Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation (Dkt. 14) is **ACCEPTED**;
2. The Petition (Dkt. 1) is **DENIED**;
3. Respondent's Motion to dismiss (Dkt. 9) is **DENIED AS MOOT**;

4. Judgment shall be entered dismissing this action without prejudice; and

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 9, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE