JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGYUAN LI,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 2:24-cv-07495-SRM-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that the Petition in this matter is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE**.

DATED: June 9, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE